AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20 Civ. 8281 |
| John David McAfee & Jimmy Gale Watson, Jr. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Securities and Exchange Commission.

Date: 10/05/2020

*Attorney's signature*

Jorge G. Tenreiro, JT 1359
*Printed name and bar number*

U.S. Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, N.Y. 10281
*Address*

tenreiroj@sec.gov
*E-mail address*

212 336 9145
*Telephone number*

*FAX number*