AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20 Civ. 8281 |
| John David McAfee & Jimmy Gale Watson, Jr. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Securities and Exchange Commission.

Date:   10/05/2020

*Attorney's signature*

David H. Tutor, DT 6096
*Printed name and bar number*
U.S. Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, N.Y. 10281

*Address*

tutord@sec.gov
*E-mail address*

(212) 336-0024
*Telephone number*

*FAX number*