AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  20 Civ. 8281 |
| John David McAfee & Jimmy Gale Watson, Jr. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States Securities and Exchange Commission	.

Date:	10/06/2020

s/ John O. Enright
*Attorney's signature*

John O. Enright (JE 2386)
*Printed name and bar number*

U.S. Securities and Exchange Commission
200 Vesey St., Suite 400
New York, NY 10281-1022
*Address*

enrightj@sec.gov
*E-mail address*

(212) 336-9138
*Telephone number*

(301) 847-4715
*FAX number*