# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:20-CV-08281-JGK

Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**McAfee, John David; et al.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Jimmy Gale Watson Jr., 3220 30th Street, San Diego, CA 92104**.

I, Rick McClain, do hereby affirm that on the **17th day of December, 2020** at **9:30 pm**, I:

Served Summons; Complaint; Civil Cover Sheet to Jimmy Watson Sr. as co-resident/dad of Jimmy Gale Watson Jr. at 116 Savannah Ct, Clovis, NM 88101, being of suitable age and discretion to accept service in the absence of Jimmy Gale Watson Jr.. Upon information and belief, 116 Savannah Ct, Clovis, NM 88101 is the usual place of abode of Jimmy Gale Watson Jr..

**Additional Information pertaining to this Service:**
At the time of service, Jimmy Watson Sr. stated that Jimmy Watson Jr. was present at the address but refused to have him come to the door and accepted the documents.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

*Rick McClain*   12-19-20
**Rick McClain**                   Date
SCH2802, exp. 06/30/2021

**Cavalier CPS**
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2020008469
Ref: NYRO-62252

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

