

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

NEW YORK
REGIONAL OFFICE

December 23, 2020

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   <u>SEC v. John D. McAfee & Jimmy Gale Watson, Jr., No. 20 Civ. 8281 (JGK)</u>

Dear Judge Koeltl:

      Plaintiff Securities and Exchange Commission (the "SEC") respectfully writes to provide a status update concerning service on Defendant John D. McAfee ("McAfee"). The SEC understands that McAfee is currently being detained in a Spanish prison, in connection with a related criminal case in the Western District of Tennessee, No. 20 Cr. 10029.

      As background, the SEC filed this case on October 5, 2020, against Defendants McAfee and Jimmy Gale Watson, Jr. ("Watson"). While the SEC has timely served Watson in the United States under Federal Rule of Civil Procedure ("Rule 4(m)") and filed proof of service (Doc. No. 11), the rule provides no time limit for serving a defendant outside the United States.

      McAfee has apparently been detained in a Spanish prison since at least October 5, 2020. The SEC therefore began the process of serving him through the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention"), as provided in Rule 4(f)(1), by mailing the required documentation to the relevant Spanish authorities on October 22, 2020. The SEC cannot currently estimate how long this process will take.

      Absent successful Hague Convention service, the SEC respectfully proposes that it provide a further status update on service efforts to the Court by February 15, 2021, and every 60 days hereafter, or on any other schedule that the Court deems appropriate.

                                                    Respectfully submitted,

                                                    Jorge G. Tenreiro

cc:     Defendant Jimmy G. Watson, Jr. (via email and UPS).

---

Application granted.

SO ORDERED.

                         /s/ John G. Koeltl
New York, New York      John G. Koeltl
December 23, 2020        U.S.D.J.