```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**SECURITIES AND EXCHANGE COMMISSION,**

      - against -

**JOHN D. MCAFEE & JIMMY GALE WATSON, JR.,**

              Defendants.

―――――――――――――――――――――――――――――

20-cv-8281 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the submissions by the SEC and the defendant, Jimmy Gail Watson, Jr. ("Defendant Watson"). The Court appreciates Defendant Watson's medical conditions; however, those conditions do not preclude the SEC from accomplishing service of the summons and complaint on Defendant Watson. Defendant Watson's medical conditions may be relevant over the course of the case, but the Court cannot rely on those conditions to prevent service of the summons and complaint on Defendant Watson.

    Therefore, the SEC's application for an extension of time to service the summons and complaint on Defendant Watson for good cause shown is granted. The time to serve the summons and complaint on Defendant Watson is extended to April 5, 2021.

**SO ORDERED.**

Dated:    New York, New York
            January 7, 2021

                                           /s/ John G. Koeltl
                                              John G. Koeltl
                                       **United States District Judge**