

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
Brookfield Place, 200 Vesey Street, Suite 400
New York, NY 10281-1022

New York
Regional Office

February 15, 2021

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    <u>SEC v. John D. McAfee & Jimmy Gale Watson, Jr., No. 20 Civ. 8281 (JGK)</u>

Dear Judge Koeltl:

    Pursuant to this Court's Order dated December 23, 2020 (D.E. 13) (the "Order"), plaintiff Securities and Exchange Commission (the "SEC") respectfully writes to provide an update concerning service on Defendant John D. McAfee ("McAfee").

    As the SEC informed the Court on December 23, 2020 (the "Letter"), the SEC began the process of attempting to serve McAfee via the Hague Convention on October 22, 2020.  Since the date of our Letter, the SEC has been in touch with the relevant Spanish authorities to inquire as to the status of Hague Convention service, and has recently learned that the relevant authorities expect to be able to serve McAfee imminently.

    Pursuant to the Order, the SEC will inform the Court of any update to this process by April 15, 2021, or when Hague Convention service is effected, whichever is sooner.

                                                      Respectfully submitted,

                                                      Jorge G. Tenreiro

cc:    Defendant Jimmy G. Watson, Jr. (via email).

---

Application granted.
SO ORDERED.

                           /s/ John G. Koeltl
New York, New York    John G. Koeltl
February 16, 2021        U.S.D.J.