## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 1:20-CV-08281-JGK                                                    Date Filed: _____

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**McAfee, John David; et al.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Jimmy Gale Watson Jr., 3220 30th Street, San Diego, CA 92104**.

I, Chris Cloud, do hereby affirm that on the **5th day of March, 2021** at **11:40 am, I:**

Served Summons; Complaint; Civil Cover Sheet personally to Jimmy Gale Watson Jr. at U.S. District Court, 501 West 10th Street, Fort Worth, TX 76102-3673.

**Additional Information pertaining to this Service:**
I was permitted by the U.S. Marshals to serve Jimmy Watson Jr. by handing the documents to his attorney who accepted them within sight of and to the right of Jimmy Watson Jr. who waved from the holding cell and said thank you.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Chris Cloud          Date 3/8/21
Process Server

**Cavalier CPS**
**823-C S King Street**
**Leesburg, VA 20175**
**(703) 431-7085**

Our Job Serial Number: CAV-2021000134
Ref: 21-NYRO-009

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a