# EXHIBIT B

June 09, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 771850821958

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | R.RECEPCION | **Delivery Location:** | |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | MADRID, |
| | | **Delivery date:** | Oct 22, 2020 12:21 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 771850821958 | **Ship Date:** | Oct 20, 2020 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| MADRID, ES, | | NEW YORK CITY, NY, US, | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx