# EXHIBIT C

 MINISTERIO DE JUSTICIA



| | |
|---|---|
| | SECRETARÍA DE ESTADO DE JUSTICIA |
| | DIRECCIÓN GENERAL DE COOPERACIÓN JURÍDICA INTERNACIONAL Y DERECHOS HUMANOS |
| | SUBDIRECCIÓN GENERAL DE COOPERACIÓN JURÍDICA INTERNACIONAL |

O  F  I  C  I  O

United States Securities And Exchange Commision Office
International Affairs
100 street n.e. Washington Dc 20549-104, 999

Estados Unidos De America

S/REF.

N/REF.          0000002354/2020-NPC

FECHA          25/03/2021

ASUNTO:        DILIGENCIAS

En fecha 20/10/2020 nos remitió una solicitud de auxilio judicial internacional procedente de las autoridades de Estados Unidos De America, relativa a D/Dª John David Mcafee , por la que se solicitaba la práctica de determinadas diligencias en España sobre la base del Convenio relativo a la notificación o traslado en el extranjero de documentos judiciales y extrajudiciales en materia civil o comercial, hecho en La Haya el 15 de noviembre de 1965.

Adjunta tengo el honor de remitirle la documentación correspondiente a su solicitud acompañada de las diligencias practicadas por el Juzgado de Paz de Sant Esteve Sesrovires .

Se ruega confirme si, a la vista del material recibido, considera cumplimentada su solicitud. En caso de no recibir respuesta alguna en el plazo de 90 días se procederá al cierre del expediente por entenderse ejecutada en su totalidad.

Madrid a 25/03/2021

LA AUTORIDAD CENTRAL

SAN BERNARDO Nº 62
28071 MADRID
TEL.: 913902269-2381–2280
FAX.: 91 390 24 75
e-mail:rogatoriascivil@mjusticia.es



# Secció Civil del Servei comú de repartiment de Martorell

## Carpeta de Repartiment

| | | |
|---|---|---|
| Procediment: **Exhort** | Número: **30** | Any: **2021** |

NIG: **0811442120218022631**

Jutjat destí: **Secció Civil. Jutjat de Primera Instància i Instrucció núm. 7 de Martorell**

Procediment destí:

### Dades de procedència

| Jutjat procedència | Procediment |
|---|---|
| TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS | 0 / 0 |
| Diligencia: NOTIFICAR | Portador: Correus |

### Dades del Procediment

Data registre:  28/01/2021    Classe de registre: Internacional: Comissions rogatòries

Classe de repartiment:   Internacional: Comissions rogatòries

Quanties:                              Interessos:                                        Costos:

Interessos i costos:

### Dades d'intervinents / col·laboradors

Intervinents: **Mcafee , John David**

| |
|---|
| Tipus d'implicació: Demandat |
| Telèfon:                    Mòbil:                        Fax: |

Jutjat de Primera Instància
i Instrucció núm. 7
de Martorell

**2 9 GEN. 2021**

Registre d'entrada:

Hora:



## Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell

Avenida Pau Claris, 20 - Martorell  - C.P.: 08760

TEL.: 937735916
FAX: 937735919
EMAIL:mixt7.martorell@xij.gencat.cat

N.I.G.: 0811442120218022631

### Auxilio Judicial Internacional 6/2021 -AU2
-

Materia: Internacional: Comisiones rogatorias

Entidad bancaria BANCO SANTANDER:
Para ingresos en caja. Concepto: 4387000011000621
Pagos por transferencia bancaria: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiario: Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell
Concepto: 4387000011000621

Parte demandante/ejecutante:              Parte demandada/ejecutada: John David Mcafee
Procurador/a:                             Procurador/a:
Abogado/a:                                Abogado/a:

## DILIGENCIA DE CONSTANCIA

**Letrada de la Administración de Justicia que la dicta: Lorena Carmona Garrido**
**Lugar: Martorell**
**Fecha: 29 de enero de 2021**

Hago constar que se ha recibido exhorto de fecha 16/12/2020 remitido por el TRIBUNAL DEL DISTRITO DE ESTADOS UNIDOS como dimanante de su procedimiento, y que ha tenido entrada en este juzgado en fecha  29/01/2021.

De todo lo cual, doy fe.

La Letrada de la Administración de Justicia

Los interesados quedan informados de que sus datos personales han sido incorporados al fichero de asuntos de esta Oficina Judicial, donde se conservarán con carácter de confidencial y únicamente para el cumplimiento de la labor que tiene encomendada, bajo la salvaguarda y responsabilidad de la misma, dónde serán tratados con la máxima diligencia.

Quedan informados de que los datos contenidos en estos documentos son reservados o confidenciales, que el uso que pueda hacerse de los mismos debe quedar exclusivamente circunscrito al ámbito del proceso, que queda prohibida su transmisión o comunicación por cualquier medio o procedimiento y que deben ser tratados exclusivamente para los fines propios de la Administración de justicia, sin perjuicio de las responsabilidades civiles y penales que puedan derivarse de un uso ilegítimo de los mismos (Reglamento EU 2016/679 del Parlamento Europeo y del Consejo y Ley Orgánica 3/2018, de 6 de diciembre, de protección de datos personales y garantía de los derechos digitales).



Administració de justícia a Catalunya · Administración de Justicia en Cataluña



Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html

Codi Segur de Verificació: 6SLCA7Z8X3Q6N2GKV9RRO1MTDPSOX8RY

Signat per Carmona Garrido, Lorena.

Data i hora 29/01/2021 14:05



*INFORMACIÓN PARA LOS USUARIOS DE LA ADMINISTRACIÓN DE JUSTICIA:*

*En aplicación de la Orden JUS/394/2020, dictada con motivo de la situación sobrevenida con motivo del **COVID-19**:*

> *- La atención al público en cualquier sede judicial o de la fiscalía se realizará por vía telefónica o a través del correo electrónico habilitado a tal efecto, arriba detallados, en todo caso cumpliendo lo dispuesto en la Ley Orgánica 3/2018, de 5 de diciembre, de Protección de Datos Personales y garantía de los derechos digitales.*

> *- Para aquellos casos en los que resulte imprescindible acudir a la sede judicial o de la fiscalía, será necesario obtener previamente la correspondiente cita.*

> *- Los usuarios que accedan al edificio judicial con cita previa, deberán disponer y usar mascarillas propias y utilizar el gel desinfectante en las manos.*





## Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell

Avenida Pau Claris, 20 - Martorell   - C.P.: 08760

TEL.: 937735916
FAX: 937735919
EMAIL:mixt7.martorell@xij.gencat.cat

N.I.G.: 0811442120218022631

### Auxilio Judicial Internacional 6/2021 -AU2
-

Materia: Internacional: Comisiones rogatorias

Entidad bancaria BANCO SANTANDER:
Para ingresos en caja. Concepto: 4387000011000621
Pagos por transferencia bancaria: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiario: Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell
Concepto: 4387000011000621

Parte demandante/ejecutante:                    Parte demandada/ejecutada: John David Mcafee
Procurador/a:                                   Procurador/a:
Abogado/a:                                       Abogado/a:

## DILIGENCIA DE ORDENACIÓN

**Letrada de la Administración de Justicia que la dicta**: Lorena Carmona Garrido
**Lugar**: Martorell
**Fecha**: 29 de enero de 2021

Hago constar que el anterior exhorto de fecha 16/12/2020 remitido por el TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS y dimanante del --, ha tenido entrada en esta Oficina judicial en fecha 29/01/2021 y será tramitado con el núm. 6/2021.

No correspondiendo a esta Oficina judicial prestar el auxilio solicitado por constar como domicilio el Centro Penitenciario Brians 1 localizado en la localidad de Sant Esteve Sesrovires, de acuerdo con lo dispuesto en el artículo 172.4 de la Ley de Enjuiciamiento Civil (LEC), acuerdo su remisión a la Oficina judicial de Juzgado de Paz de Sant Esteve Sesrovires.

Esta remisión se comunicará al órgano judicial exhortante

**Modo de impugnación**: recurso de **REPOSICIÓN** ante la Letrada de la Administración de Justicia, mediante un escrito que se debe presentar en el plazo de **CINCO** días, contados desde el siguiente al de la notificación, en el que se debe expresar la infracción en que haya incurrido la resolución. Sin estos requisitos no se admitirá la impugnación. La interposición del recurso no tendrá efectos suspensivos respecto de la resolución recurrida (artículos 451 y 452 LEC).





Lo acuerdo y firmo.

La Letrada de la Administración de Justicia

Los interesados quedan informados de que sus datos personales han sido incorporados al fichero de asuntos de esta Oficina Judicial, donde se conservarán con carácter de confidencial y únicamente para el cumplimiento de la labor que tiene encomendada, bajo la salvaguarda y responsabilidad de la misma, dónde serán tratados con la máxima diligencia.

Quedan informados de que los datos contenidos en estos documentos son reservados o confidenciales, que el uso que pueda hacerse de los mismos debe quedar exclusivamente circunscrito al ámbito del proceso, que queda prohibida su transmisión o comunicación por cualquier medio o procedimiento y que deben ser tratados exclusivamente para los fines propios de la Administración de justicia, sin perjuicio de las responsabilidades civiles y penales que puedan derivarse de un uso ilegítimo de los mismos (Reglamento EU 2016/679 del Parlamento Europeo y del Consejo y Ley Orgánica 3/2018, de 6 de diciembre, de protección de datos personales y garantía de los derechos digitales).





*INFORMACIÓN PARA LOS USUARIOS DE LA ADMINISTRACIÓN DE JUSTICIA:*

*En aplicación de la Orden JUS/394/2020, dictada con motivo de la situación sobrevenida con motivo del **COVID-19**:*

*- La atención al público en cualquier sede judicial o de la fiscalía se realizará por vía telefónica o a través del correo electrónico habilitado a tal efecto, arriba detallado, en todo caso cumpliendo lo dispuesto en la Ley Orgánica 3/2018, de 5 de diciembre, de Protección de Datos Personales y garantía de los derechos digitales.*

*- Para aquellos casos en los que resulte imprescindible acudir a la sede judicial o de la fiscalía, será necesario obtener previamente la correspondiente cita.*

*- Los usuarios que accedan al edificio judicial con cita previa, deberán disponer y usar mascarillas propias y utilizar el gel desinfectante en las manos.*

Codi Segur de Verificació: E04516JLBKA58K7JFTFEMUC5MWSO7C2Q

Signat per Carmona Garrido, Lorena;

Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html

Data i hora 29/01/2021 14:05





## Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell

Avenida Pau Claris, 20 - Martorell  - C.P.: 08760

TEL.: 937735916
FAX: 937735919
EMAIL:mixt7.martorell@xij.gencat.cat

N.I.G.: 0811442120218022631

### Auxilio Judicial Internacional 6/2021 -AU2
-

Materia: Internacional: Comisiones rogatorias

Entidad bancaria BANCO SANTANDER:
Para ingresos en caja. Concepto: 4387000011000621
Pagos por transferencia bancaria: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiario: Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell
Concepto: 4387000011000621

Parte demandante/ejecutante:               Parte demandada/ejecutada: John David Mcafee
Procurador/a:                              Procurador/a:
Abogado/a:                                 Abogado/a:

### OFICIO

**Asunto: Remisión exhorto**

En cumplimiento de lo dispuesto en el art. 172.4 de la Ley de Enjuiciamiento Civil (LEC), le remito el exhorto de TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS, por corresponder prestar el auxilio solicitado a ese Juzgado.

En Martorell, a 29 de enero de 2021.

La Letrada de la Administración de Justicia

JUTJAT DE PAU DE SANT ESTEVE SESROVIRES



Codi Segur de Verificació: AWXCN0HEHCYUAD44D6IIAJ31Z0R8SH8R · Signat per Carmona Garrido, Loreto · Data i hora 29/01/2021 14:05 · Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html



Los interesados quedan informados de que sus datos personales han sido incorporados al fichero de asuntos de esta Oficina Judicial, donde se conservarán con carácter de confidencial y únicamente para el cumplimiento de la labor que tiene encomendada, bajo la salvaguarda y responsabilidad de la misma, dónde serán tratados con la máxima diligencia.

Quedan informados de que los datos contenidos en estos documentos son reservados o confidenciales, que el uso que pueda hacerse de los mismos debe quedar exclusivamente circunscrito al ámbito del proceso, que queda prohibida su transmisión o comunicación por cualquier medio o procedimiento y que deben ser tratados exclusivamente para los fines propios de la Administración de justicia, sin perjuicio de las responsabilidades civiles y penales que puedan derivarse de un uso ilegítimo de los mismos (Reglamento EU 2016/679 del Parlamento Europeo y del Consejo y Ley Orgánica 3/2018, de 6 de diciembre, de protección de datos personales y garantía de los derechos digitales).

### INFORMACIÓN PARA LOS USUARIOS DE LA ADMINISTRACIÓN DE JUSTICIA:

*En aplicación de la Orden JUS/394/2020, dictada con motivo de la situación sobrevenida con motivo del COVID-19:*

*- La atención al público en cualquier sede judicial o de la fiscalía se realizará por vía telefónica o a través del correo electrónico habilitado a tal efecto, arriba detallados, en todo caso cumpliendo lo dispuesto en la Ley Orgánica 3/2018, de 5 de diciembre, de Protección de Datos Personales y garantía de los derechos digitales.*

*- Para aquellos casos en los que resulte imprescindible acudir a la sede judicial o de la fiscalía, será necesario obtener previamente la correspondiente cita.*

*- Los usuarios que accedan al edificio judicial con cita previa, deberán disponer y usar mascarillas propias y utilizar el gel desinfectante en las manos.*





*EXHORTO Nº* **1320/21**

DILIGENCIA DE ORDENACION

Sant Esteve Sesrovires, a 05/02/2021

Havent-se rebut l'anterior despatx, procedeixi's a registrar-ho al llibre corresponent, empleni's i procedeixi's a la seva devolució per el mateix conducte del seu rebut, deixant nota suficient al registre corresponent. En dono fe.

Habiéndose recibido el anterior despacho, procédase a registrarlo en el libro correspondiente, cumpliméntese y procédase a su devolución por el mismo conducto de su recibo, dejando nota suficiente en el registro correspondiente. Doy fe.



DILIGENCIA DE TORNADA.- Per fer constar que les presents actuacions es retornen a la seva procedència per correu ordinari. En dono fe.

DILIGENCIA DE RETORNO.- Para hacer constar que las presentes actuaciones se devuelven a su procedencia por correo ordinario. Doy fe.



Administració de justícia a Catalunya · Administración de Justicia en Cataluña



**JUTJAT DE PAU**
**SANT ESTEVE SESROVIRES**

**EXHORTO 1320/2021 (Auxilio Judicial Internacional 6/2021 Juzgado Primera**
**Instancia e Instrucción núm. 7 de Martorell.)**

**DILIGENCIA DE NOTIFICACIÓN.-** En Sant Esteve Sesrovires, a 10 / 2 | 2021

     El funcionario/a designado/a, teniendo a mi presencia a JOHN DAVID MCAFEE.

     le notifico en legal forma mediante entrega de DEMANDA Y DOCUMENTACIÓN, el procedimiento CASO 1:20-cv-08281 (Caso ECF. Solicitud de Juicio con Jurado) del TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO SUR DE NUEVA YORK. Todo ello en calidad de demandado.

     Queda enterado y notificado y en prueba de recibo, firma, conmigo, CERTIFICO.





Administració de justícia a Catalunya · Administración de Justicia en Cataluña



**JUTJAT DE PAU**
**SANT ESTEVE SESROVIRES**

**EXHORTO 1320/2021 (Auxilio Judicial Internacional 6/2021 Juzgado Primera Instancia e Instrucción núm. 7 de Martorell.)**

**DILIGENCIA DE NOTIFICACIÓN Y ENTREGA.-** En Sant Esteve Sesrovires, a 10 | 2 | 2021

El funcionario/a designado/a, teniendo a mi presencia a JOHN DAVID MCAFEE.

le notifico en legal forma mediante entrega de DEMANDA Y DOCUMENTACIÓN, el procedimiento CASO 1:20-cv-08281 (Caso ECF. Solicitud de Juicio con Jurado) del TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO SUR DE NUEVA YORK. Todo ello en calidad de demandado.

Queda enterado y notificado y en prueba de recibo, firma, conmigo, CERTIFICO.





## Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell

Avenida Pau Claris, 20 - Martorell   - C.P.: 08760

TEL.: 937735916
FAX: 937735919
EMAIL:mixt7.martorell@xij.gencat.cat

N.I.G.: 0811442120218022631

### Auxilio Judicial Internacional 6/2021 -AU2

-

Materia: Internacional: Comisiones rogatorias

Entidad bancaria BANCO SANTANDER:
Para ingresos en caja. Concepto: 4387000011000621
Pagos por transferencia bancaria: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiario: Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell
Concepto: 4387000011000621

Parte demandante/ejecutante:
Procurador/a:
Abogado/a:

Parte demandada/ejecutada: John David Mcafee
Procurador/a:
Abogado/a:

# DILIGENCIA DE ORDENACIÓN

**Letrada de la Administración de Justicia que la dicta**: Lorena Carmona Garrido
**Lugar**: Martorell
**Fecha:** 16 de febrero de 2021

Conforme al artículo 175 de la Ley de Enjuiciamiento Civil (LEC), realizadas las actuaciones interesadas en el presente exhorto, comuníquese su resultado al órgano judicial exhortante, MINISTERIO DE JUSTICIA(TRIBUNAL DEL DISTRITO DE ESTADOS UNIDOS).

Devuélvanse las actuaciones de auxilio judicial al órgano judicial exhortante.

**Modo de impugnación**: recurso de **REPOSICIÓN** ante  la Letrada de la Administración de Justicia, mediante un escrito que se debe presentar en el plazo de **CINCO** días, contados desde el siguiente al de la notificación, en el que se debe expresar la infracción en que haya incurrido la resolución. Sin estos requisitos no se admitirá la impugnación. La interposición del recurso no tendrá efectos suspensivos respecto de la resolución recurrida (artículos 451 y 452 LEC).

Lo acuerdo y firmo.





La Letrada de la Administración de Justicia

Los interesados quedan informados de que sus datos personales han sido incorporados al fichero de asuntos de esta Oficina Judicial, donde se conservarán con carácter de confidencial y únicamente para el cumplimiento de la labor que tiene encomendada, bajo la salvaguarda y responsabilidad de la misma, dónde serán tratados con la máxima diligencia.

Quedan informados de que los datos contenidos en estos documentos son reservados o confidenciales, que el uso que pueda hacerse de los mismos debe quedar exclusivamente circunscrito al ámbito del proceso, que queda prohibida su transmisión o comunicación por cualquier medio o procedimiento y que deben ser tratados exclusivamente para los fines propios de la Administración de justicia, sin perjuicio de las responsabilidades civiles y penales que puedan derivarse de un uso ilegítimo de los mismos (Reglamento EU 2016/679 del Parlamento Europeo y del Consejo y Ley Orgánica 3/2018, de 6 de diciembre, de protección de datos personales y garantía de los derechos digitales).

*INFORMACIÓN PARA LOS USUARIOS DE LA ADMINISTRACIÓN DE JUSTICIA:*

*En aplicación de la Orden JUS/394/2020, dictada con motivo de la situación sobrevenida con motivo del COVID-19:*

> *- La atención al público en cualquier sede judicial o de la fiscalía se realizará por vía telefónica o a través del correo electrónico habilitado a tal efecto, arriba detallados, en todo caso cumpliendo lo dispuesto en la Ley Orgánica 3/2018, de 5 de diciembre, de Protección de Datos Personales y garantía de los derechos digitales.*

> *- Para aquellos casos en los que resulte imprescindible acudir a la sede judicial o de la fiscalía, será necesario obtener previamente la correspondiente cita.*

> *- Los usuarios que accedan al edificio judicial con cita previa, deberán disponer y usar mascarillas propias y utilizar el gel desinfectante en las manos.*

Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejecat.justicia.gencat.cat/IAPonline/CSV.xhtml

Codi Segur de Verificació: JIBQAQES1U8KVJY8UD177PQILEFVYFX

Signat per Carmona Garrido, Lorena

Data i hora 16/02/2021 15:10

