# EXHIBIT D

[Coat of arms: MINISTRY OF JUSTICE] [Stamp: MINISTRY OF JUSTICE; GENERAL REGISTRY S.B.45; MAR 29 2021; EXIT] SECRETARIAT OF STATE OF JUSTICE DIRECTORATE GENERAL FOR INTERNATIONAL LEGAL COOPERATION AND HUMAN RIGHTS SUBDIRECTION GENERAL FOR INTERNATIONAL LEGAL COOPERATION

Case 1:20-cv-08281-JGK   Document 22-4   Filed 06/14/21   Page 2 of 16

OFFICIAL NOTICE

United States Securities And Exchange Commission Office
International Affairs
100 street n.e. Washington Dc 20549-104, 999

United States of America

S/REF.

N/REF.        0000002354/2020-NPC

DATE          03/25/2021

SUBJECT:      DILIGENCES

On 10/20/2020 you sent us a request for international judicial assistance from the authorities of the United States of America, relating to Mr. John David Mcafee, requesting that certain procedures be carried out in Spain on the basis of the Convention on the notification or transfer abroad of judicial and extrajudicial documents in civil or commercial matters, done in The Hague on November 15, 1965.

I have the honor to send you the documentation corresponding to your request accompanied by the proceedings carried out by the Justice of the Peace of Sant Esteve Sesrovires.

Please confirm whether, in view of the material received, you consider your request completed. If no response is received within 90 days, the file will be closed as it is understood to have been executed in its entirety.

Madrid on 03/25/2021

THE CENTRAL AUTHORITY

SAN BERNARDO N° 62
28071 MADRID
TEL.:913902269-2381-2280
FAX.:91 390 24 75
e-mail: rogatoriascivil@mjusticia.es

| [Coat of arms: Ministry of Justice. Digital Signature] | [QR code] | Security Verification Code | PF: pgc7-YLsH-VnF6-8HfJ | Page | 1/1 |
|---|---|---|---|---|---|
| | | SIGNED BY | Laura Fernandez Dominguez (CHIEF OF DEPARTMENT ) | Date | 03/25/2021 |
| | | | https://sede.mjusticia.gob.es/sedecsvbroker/FormularioVerificacion.action?CSV=PF:pqc7-YLsH-VnF6-8HfJ | | |

*EXH 6/21-AU2*

Civil Section of the Common Distribution Service of Martorell
Distribution Folder

| | | | |
|---|---|---|---|
| Procedure: **Warrant** | | Number: **30** | Year: **2021** |
| NIG: **0811442120218022631** | | | |

Addressee court: **Civil Section. Court of First Instance and Instruction no. 7 of Martorell**
Recipient procedure:
Data of origin

| **Court of origin** | **Procedure** |
|---|---|
| DISTRICT COURT OF THE U.S. | 0/0 |

**Diligence**: NOTIFY        **Carrier**: Post Office
Data of procedure
**Registration date**: 01/28/2021 **Registration class**: International: Rogatory commissions
**Class of distribution**: International: letters rogatory

| **Amount**: | **Interest**: | **Costs**: |
|---|---|---|

**Interest and costs**:
Data of interveners/collaborators
Speakers: **Mcafee, John David**

| **Type of involvement:** Plaintiff | | |
|---|---|---|
| **Phone:** | **Mobile:** | **Fax:** |

[Stamp: Court of First Instance and Instruction No. 7 of Martorell; JAN 29 2021; Check-in:
Hour:                    ]

01/28/2021                                                                  Page 25 of 25

[Coat of arms]

# Civil Section, Court of First Instance and Instruction No.7 of Martorell

Avenida Pau Claris, 20-Martorell -C.P.:08760

TEL.:937735916
FAX: 937735919
EMAIL: mixt7.martorell@xij.gencat.cat

N.I.G.:0811442120218022631
International Judicial Assistance 612021-AU2

Subject: International: Rogatory Commissions

BANCO SANTANDER bank:
For cash receipts. Account: 4387000011000621
Payments by bank transfer: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiary: Civil Section. Court of First Instance and Instruction No.7 of Martorell
Account: 4387000011000621

| Plaintiff/Disputing Party: | Defendant/Disputed Party: John David Mcafee |
|---|---|
| Legal Representative: | Legal Representative: |
| Lawyer: | Lawyer: |

## FORMAL RECORD

**Sentencing Judge of the Department of Justice: Lorena Carmona Garrido**
**Place: Martorell**
**Date: January 29, 2021**

I hereby confirm that I have received a letter rogatory dated 12/16/2020 sent by the UNITED STATES DISTRICT COURT as a result of the procedure, and that it was filed in this court on 01/29/2021.

To all of which, I attest.

The Sentencing Judge of the Department of Justice


Interested parties are hereby informed that their personal data has been incorporated into the affairs file of this Judicial Office, where it will be kept confidential and only for the fulfillment of the work entrusted to it, under the safeguard and responsibility of the same, where it will be treated with the utmost diligence.

The parties are hereby informed that the data contained in these documents are reserved or confidential, that their use must be exclusively limited to the scope of the process, that their transmission or communication by any means or procedure is prohibited and that they must be treated exclusively for the purposes of the Department of justice, without prejudice to civil and criminal responsibilities that may arise from an illegitimate use thereof (Regulation EU 2016/679 of the European Parliament and of the Council and Organic Law 3/2018, of December 6, protection of personal data and guarantee of digital rights).

[Coat of arms]

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html
Data / time 01/29/2021 14:05
Security Verification Code: 6SLCA72XX3Q6N2GKW8RPI MT0PSOXQRY
Signed by Carmona Garrido, Lorena

Page 2 of 3

[Coat of arms]

*INFORMATION FOR USERS OF THE DEPARTMENT OF JUSTICE:*

In application of Order JUS/394/2020, issued on the occasion of the situation that occurred due to **COVID-19**:

> *- The attention to the public in any judicial or prosecutorial headquarters will be carried out by telephone or through the email certified for this purpose and detailed above, in any case complying with the provisions of Organic Law 3/2018, of December 5, Protection of Personal Data and guarantee of digital rights.*
>
> *- For those cases in which it is essential to go to the court or prosecutor's office, it will be necessary to previously obtain the corresponding appointment.*
>
> *- Users who access the judicial building by appointment, must have and use their own masks and apply disinfectant gel to their hands.*

[Coat of arms]

# Civil Section, Court of First Instance and Instruction No.7 of Martorell

Avenida Pau Claris, 20-Martorell -C.P.:08760

TEL.:937735916
FAX: 937735919
EMAIL: mixt7.martorell@xij.gencat.cat

N.I.G.:0811442120218022631
International Judicial Assistance 612021-AU2

Subject: International: Rogatory Commissions

BANCO SANTANDER bank:
For cash receipts. Account: 4387000011000621
Payments by bank transfer: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiary: Civil Section. Court of First Instance and Instruction No.7 of Martorell
Account: 4387000011000621

| | |
|---|---|
| Plaintiff/Disputing Party: | Defendant/Disputed Party: John David Mcafee |
| Legal Representative: | Legal Representative: |
| Lawyer: | Lawyer: |

## COURT ORDER

**Sentencing Judge of the Department of Justice**: Lorena Carmona Garrido
**Place**: Martorell
**Date**: January 29, 2021

I hereby confirm that the previous letter rogatory dated 12/16/2020 sent by the UNITED STATES DISTRICT COURT and arising from -, has been filed in this judicial Office on 01/29/2021 and will be processed under No. 6/2021.

Considering that this Judicial Department does not have the authority to provide the requested assistance because the address Centro Penitenciario Brians 1 is located in the town of Sant Esteve Sesrovires, in accordance with the provisions of article 172.4 of the Law of Civil Procedure (LEC), I hereby order its referral to the Judicial Department of the Justice of the Peace Court of Sant Esteve Sesrovires.

This referral will be communicated to the judicial body that has issued the letter rogatory.

**How to challenge a decision**: motion for **REVERSAL** before the Judge of the Department of Justice, by means of a written document to be filed within **FIVE** days, counted from the day following the date of notification, in which the infringement that led to the decision must be expressed. Without these requirements the challenge shall not be admitted. The filing of the motion shall not have any suspensive effect with respect to the decision being appealed (Articles 451 and 452 LEC).

[Coat of arms]

Hereby agreed and signed.

The Sentencing Judge of the Department of Justice

Interested parties are hereby informed that their personal data has been incorporated into the affairs file of this Judicial Office, where it will be kept confidential and only for the fulfillment of the work entrusted to it, under the safeguard and responsibility of the same, where it will be treated with the utmost diligence.

The parties are hereby informed that the data contained in these documents are reserved or confidential, that their use must be exclusively limited to the scope of the process, that their transmission or communication by any means or procedure is prohibited and that they must be treated exclusively for the purposes of the Department of justice, without prejudice to civil and criminal responsibilities that may arise from an illegitimate use thereof (Regulation EU 2016/679 of the European Parliament and of the Council and Organic Law 3/2018, of December 6, protection of personal data and guarantee of digital rights).

[Coat of arms]

### INFORMATION FOR USERS OF THE DEPARTMENT OF JUSTICE:

In application of Order JUS/394/2020, issued on the occasion of the situation that occurred due to **COVID-19**:

> - The attention to the public in any judicial or prosecutorial headquarters will be carried out by telephone or through the email certified for this purpose and detailed above, in any case complying with the provisions of Organic Law 3/2018, of December 5, Protection of Personal Data and guarantee of digital rights.
>
> - For those cases in which it is essential to go to the court or prosecutor's office, it will be necessary to previously obtain the corresponding appointment.
>
> - Users who access the judicial building by appointment, must have and use their own masks and apply disinfectant gel to their hands.

[Handwritten: IS]

[Coat of arms]

# Civil Section, Court of First Instance and Instruction No. 7 of Martorell

Avenida Pau Claris, 20-Martorell -C.P.:08760

TEL.:937735916
FAX: 937735919
EMAIL: mixt7.martorell@xij.gencat.cat

N.I.G.:0811442120218022631
International Judicial Assistance 612021-AU2

Subject: International: Rogatory Commissions

BANCO SANTANDER bank:
For cash receipts. Account: 4387000011000621
Payments by bank transfer: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiary: Civil Section. Court of First Instance and Instruction No.7 of Martorell
Accunt: 4387000011000621

| | |
|---|---|
| Plaintiff/Disputing Party: | Defendant/Disputed Party: John David Mcafee |
| Legal Representative: | Legal Representative: |
| Lawyer: | Lawyer: |

OFFICIAL NOTICE

**Subject: Referral to the issuer of the letter rogatory**

In compliance with the provisions of art. 172 of the Civil Procedure Law (LEC), I hereby refer to this judicial body the letter rogatory of the UNITED STATES DISTRICT COURT, as it has the legal competence to provide the assistance requested to said Court.

In Martorell, January 29, 2021.

The Sentencing Judge of the Department of Justice


JUSTICE OF THE PEACE OF SANT ESTEVE SESROVIRES

[Coat of arms]

Interested parties are hereby informed that their personal data has been incorporated into the affairs file of this Judicial Office, where it will be kept confidential and only for the fulfillment of the work entrusted to it, under the safeguard and responsibility of the same, where it will be treated with the utmost diligence.

The parties are hereby informed that the data contained in these documents are reserved or confidential, that their use must be exclusively limited to the scope of the process, that their transmission or communication by any means or procedure is prohibited and that they must be treated exclusively for the purposes of the Department of justice, without prejudice to civil and criminal responsibilities that may arise from an illegitimate use thereof (Regulation EU 2016/679 of the European Parliament and of the Council and Organic Law 3/2018, of December 6, protection of personal data and guarantee of digital rights).

### *INFORMATION FOR USERS OF THE DEPARTMENT OF JUSTICE:*

In application of Order JUS/394/2020, issued on the occasion of the situation that occurred due to **COVID-19**:

> *- The attention to the public in any judicial or prosecutorial headquarters will be carried out by telephone or through the email certified for this purpose and detailed above, in any case complying with the provisions of Organic Law 3/2018, of December 5, Protection of Personal Data and guarantee of digital rights.*
>
> *- For those cases in which it is essential to go to the court or prosecutor's office, it will be necessary to previously obtain the corresponding appointment.*
>
> *- Users who access the judicial building by appointment, must have and use their own masks and apply disinfectant gel to their hands.*

[Coat of arms]
[Coat of arms]

**LETTER ROGATORY No. 1320/21**

COURT ORDER

                          Sant Esteve Sersrovires, on 02/05/2021

[Bilingual text]         Following the receipt of the above dispatch, let it be recorded in the corresponding registry, be completed and returned by the same means it was received, accompanied by the corresponding registry note. I hereby attest.

                 [Illegible Signature - Stamp: JUSTICE OF THE PEACE OF SANT ESTEVE SESROVIRES]

[Bilingual text]         RETURN RECORD.- To certify that these proceedings were returned to its sender via ordinary mail. I hereby attest.



                [Illegible Signature - Stamp: JUSTICE OF THE PEACE OF SANT ESTEVE SESROVIRES]]

                          Department of Justice of Catalonia

[Coat of arms]

[Coat of arms]

## JUSTICE OF THE PEACE
## SANT ESTEVE SESROVIRES

**LETTER ROGATORY 1320/2021 (International Judicial Assistance 6/2021 Court of First Instance and Instruction No. 7 of Martorell.)**

**NOTIFICATION RECORD**.- In Sant Esteve Sesrovires, on *02/10/2021*

The designated official, and before me, JOHN DAVID MCAFEE.

I hereby duly notify him, upon delivery of the CLAIM AND DOCUMENTATION, of the proceedings in CASE 1:20-cv-08281 (ECF Case. Request for Jury Trial) of the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. The foregoing in his capacity as a Defendant.

The defendant is hereby informed and notified and, in proof of receipt, hereby signs the document before me. I HEREBY CERTIFY.

[Illegible signature]          [Illegible signature]

Department of Justice of Catalonia

[Coat of arms]

**JUSTICE OF THE PEACE**
**SANT ESTEVE SESROVIRES**

**LETTER ROGATORY 1320/2021 (International Judicial Assistance 6/2021 Court of First Instance and Instruction No. 7 of Martorell.)**

**NOTIFICATION AND DELIVERY RECORD**.- In Sant Esteve Sesrovires, on *02/10/2021*

The designated official, and before me, JOHN DAVID MCAFEE.

I hereby duly notify him, upon delivery of the CLAIM AND DOCUMENTATION, of the proceedings in CASE 1:20-cv-08281 (ECF Case. Request for Jury Trial) of the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. The foregoing in his capacity as a Defendant.

The defendant is hereby informed and notified and, in proof of receipt, hereby signs the document before me. I HEREBY CERTIFY.

[Illegible signature]         [Illegible signature]

Department of Justice of Catalonia

[Coat of arms]

# Civil Section, Court of First Instance and Instruction No.7 of Martorell

Avenida Pau Claris, 20-Martorell -C.P.:08760

TEL.:937735916
FAX: 937735919
EMAIL: mixt7.martorell@xij.gencat.cat

N.I.G.:0811442120218022631
International Judicial Assistance 612021-AU2

Subject: International: Rogatory Commissions

BANCO SANTANDER bank:
For cash receipts. Account: 4387000011000621
Payments by bank transfer: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiary: Civil Section. Court of First Instance and Instruction No.7 of Martorell
Account: 4387000011000621

| Plaintiff/Disputing Party: | Defendant/Disputed Party: John David Mcafee |
| --- | --- |
| Legal Representative: | Legal Representative: |
| Lawyer: | Lawyer: |

## COURT ORDER

**Sentencing Judge of the Department of Justice**: Lorena Carmona Garrido
**Place**: Martorell
**Date**: February 16, 2021

Pursuant to Article 175 of the Civil Procedure Law (LEC), once the interested proceedings in this letter rogatory have been carried out, the outcome shall be communicated to the judicial body that issued the letter rogatory, MINISTRY OF JUSTICE (U.S. DISTRICT COURT).

The judicial assistance proceedings shall be returned to the judicial body that issued the letter rogatory
**How to challenge a decision**: motion for **REVERSAL** before the Judge of the Department of Justice, by means of a written document to be filed within **FIVE** days, counted from the day following the date of notification, in which the infringement that led to the decision must be expressed. Without these requirements the challenge shall not be admitted. The filing of the motion shall not have any suspensive effect with respect to the decision being appealed (Articles 451 and 452 LEC).

Hereby agreed and signed.

Page 1 of 2

Department of Justice of Catalonia

[Coat of arms]

The Sentencing Judge of the Department of Justice

Interested parties are hereby informed that their personal data has been incorporated into the affairs file of this Judicial Office, where it will be kept confidential and only for the fulfillment of the work entrusted to it, under the safeguard and responsibility of the same, where it will be treated with the utmost diligence.

The parties are hereby informed that the data contained in these documents are reserved or confidential, that their use must be exclusively limited to the scope of the process, that their transmission or communication by any means or procedure is prohibited and that they must be treated exclusively for the purposes of the Department of justice, without prejudice to civil and criminal responsibilities that may arise from an illegitimate use thereof (Regulation EU 2016/679 of the European Parliament and of the Council and Organic Law 3/2018, of December 6, protection of personal data and guarantee of digital rights).

### *INFORMATION FOR USERS OF THE DEPARTMENT OF JUSTICE:*

In application of Order JUS/394/2020, issued on the occasion of the situation that occurred due to **COVID-19**:

> *- The attention to the public in any judicial or prosecutorial headquarters will be carried out by telephone or through the email certified for this purpose and detailed above, in any case complying with the provisions of Organic Law 3/2018, of December 5, Protection of Personal Data and guarantee of digital rights.*
>
> *- For those cases in which it is essential to go to the court or prosecutor's office, it will be necessary to previously obtain the corresponding appointment.*
>
> *- Users who access the judicial building by appointment, must have and use their own masks and apply disinfectant gel to their hands.*

Department of Justice of Catalonia

Page 2 of 2