# EXHIBIT E



CERTIFICATE OF TRANSLATION
LATITUDE PRIME

# Certification of Translation Accuracy

LATITUDE PRIME hereby certifies that the attached document(s), translated from Spanish into English is, to the best of our knowledge and belief, a true, accurate, and complete translation of the following document(s):

20210329 Spain MOJ service return

Executed this 8th day of June 2021

Signed: ______________________________
Latitude Prime LLC
80 S 8th St, Suite 900
Minneapolis, MN 55402

**ATA Member #** 260699 ata American Translators Association

**ISO 9001:2015 & ISO 17100:2015 Certified**

Order Number: O-03722

Latitude Prime LLC uses all available measures to ensure the accuracy of each translation but shall not be held liable for damages due to error or negligence in translation or transcription.

 MINISTERIO DE JUSTICIA

SECRETARÍA DE ESTADO DE JUSTICIA

DIRECCIÓN GENERAL DE COOPERACIÓN JURÍDICA INTERNACIONAL Y DERECHOS HUMANOS

SUBDIRECCIÓN GENERAL DE COOPERACIÓN JURÍDICA INTERNACIONAL

O F I C I O

United States Securities And Exchange Commision Office
International Affairs
100 street n.e. Washington Dc 20549-104, 999

Estados Unidos De America

S/REF.

N/REF. 0000002354/2020-NPC

FECHA 25/03/2021

ASUNTO: DILIGENCIAS

En fecha 20/10/2020 nos remitió una solicitud de auxilio judicial internacional procedente de las autoridades de Estados Unidos De America, relativa a D/Dª John David Mcafee , por la que se solicitaba la práctica de determinadas diligencias en España sobre la base del Convenio relativo a la notificación o traslado en el extranjero de documentos judiciales y extrajudiciales en materia civil o comercial, hecho en La Haya el 15 de noviembre de 1965.

Adjunta tengo el honor de remitirle la documentación correspondiente a su solicitud acompañada de las diligencias practicadas por el Juzgado de Paz de Sant Esteve Sesrovires .

Se ruega confirme si, a la vista del material recibido, considera cumplimentada su solicitud. En caso de no recibir respuesta alguna en el plazo de 90 días se procederá al cierre del expediente por entenderse ejecutada en su totalidad.

Madrid a 25/03/2021

LA AUTORIDAD CENTRAL

SAN BERNARDO Nº 62
28071 MADRID
TEL.: 913902269-2381–2280
FAX.: 91 390 24 75
e-mail:rogatoriascivil@mjusticia.es

| Código Seguro de verificación: | PF:pqc7-YLsH-VnF6-8HfJ | Página | 1/1 |
|---|---|---|---|
| FIRMADO POR | Laura Fernandez Dominguez (JEFA DE ÁREA) | Fecha | 25/03/2021 |
| | https://sede.mjusticia.gob.es/sedecsvbroker/FormularioVerificacion.action?CSV=PF:pqc7-YLsH-VnF6-8HfJ | | |

6/21- AUZ

# Secció Civil del Servei comú de repartiment de Martorell

## Carpeta de Repartiment

Procediment: **Exhort** Número: **30** Any: **2021**
NIG: **0811442120218022631**

Jutjat destí: **Secció Civil. Jutjat de Primera Instància i Instrucció núm. 7 de Martorell**
Procediment destí:

## Dades de procedència

| Jutjat procedència | Procediment |
|---|---|
| TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS | 0 / 0 |

**Diligencia:** NOTIFICAR **Portador:** Correus

## Dades del Procediment

**Data registre:** 28/01/2021 **Classe de registre:** Internacional: Comissions rogatòries
**Classe de repartiment:** Internacional: Comissions rogatòries
**Quanties:** **Interessos:** **Costos:**
**Interessos i costos:**

## Dades d'intervinents / col·laboradors

**Intervinents:** **Mcafee , John David**

**Tipus d'implicació:** Demandat
**Telèfon:** **Mòbil:** **Fax:**

Jutjat de Primera Instància i Instrucció núm. 7 de Martorell

29 GEN. 2021

Registre d'entrada:
Hora:



**Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell**
Avenida Pau Claris, 20 - Martorell - C.P.: 08760

TEL.: 937735916
FAX: 937735919
EMAIL:mixt7.martorell@xij.gencat.cat

N.I.G.: 0811442120218022631
**Auxilio Judicial Internacional 6/2021 -AU2**
-

Materia: Internacional: Comisiones rogatorias

Entidad bancaria BANCO SANTANDER:
Para ingresos en caja. Concepto: 4387000011000621
Pagos por transferencia bancaria: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiario: Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell
Concepto: 4387000011000621

Parte demandante/ejecutante:
Procurador/a:
Abogado/a:

Parte demandada/ejecutada: John David Mcafee
Procurador/a:
Abogado/a:

## DILIGENCIA DE CONSTANCIA

**Letrada de la Administración de Justicia que la dicta: Lorena Carmona Garrido**
**Lugar: Martorell**
**Fecha: 29 de enero de 2021**

Hago constar que se ha recibido exhorto de fecha 16/12/2020 remitido por el TRIBUNAL DEL DISTRITO DE ESTADOS UNIDOS como dimanante de su procedimiento, y que ha tenido entrada en este juzgado en fecha 29/01/2021.

De todo lo cual, doy fe.

La Letrada de la Administración de Justicia

Los interesados quedan informados de que sus datos personales han sido incorporados al fichero de asuntos de esta Oficina Judicial, donde se conservarán con carácter de confidencial y únicamente para el cumplimiento de la labor que tiene encomendada, bajo la salvaguarda y responsabilidad de la misma, dónde serán tratados con la máxima diligencia.

Quedan informados de que los datos contenidos en estos documentos son reservados o confidenciales, que el uso que pueda hacerse de los mismos debe quedar exclusivamente circunscrito al ámbito del proceso, que queda prohibida su transmisión o comunicación por cualquier medio o procedimiento y que deben ser tratados exclusivamente para los fines propios de la Administración de justicia, sin perjuicio de las responsabilidades civiles y penales que puedan derivarse de un uso ilegítimo de los mismos (Reglamento EU 2016/679 del Parlamento Europeo y del Consejo y Ley Orgánica 3/2018, de 6 de diciembre, de protección de datos personales y garantía de los derechos digitales).

Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: 6SLCA7Z8X3Q6N2GKW9RO1MTDPSOX8RY
Data i hora 29/01/2021 14:05 Signat per Carmona Garrido, Lorena;



Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: 6SLCA7Z8X3Q6N2GKW9RO1MT0PSOX8RY

Data i hora 29/01/2021 14:05 Signat per Carmona Garrido, Lorena;



Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: 6SLCA7Z8X3Q6N2GKW9RO1MT0PSOX8RY

Data i hora 29/01/2021 14:05 Signat per Carmona Garrido, Lorena;

***INFORMACIÓN PARA LOS USUARIOS DE LA ADMINISTRACIÓN DE JUSTICIA:***

*En aplicación de la Orden JUS/394/2020, dictada con motivo de la situación sobrevenida con motivo del **COVID-19:***

*- La atención al público en cualquier sede judicial o de la fiscalía se realizará por vía telefónica o a través del correo electrónico habilitado a tal efecto, arriba detallados, en todo caso cumpliendo lo dispuesto en la Ley Orgánica 3/2018, de 5 de diciembre, de Protección de Datos Personales y garantía de los derechos digitales.*

*- Para aquellos casos en los que resulte imprescindible acudir a la sede judicial o de la fiscalía, será necesario obtener previamente la correspondiente cita.*

*- Los usuarios que accedan al edificio judicial con cita previa, deberán disponer y usar mascarillas propias y utilizar el gel desinfectante en las manos.*





Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: E04I3JLBKA5BK7JFTFEMUC5WJSO7C7Q
Data i hora 29/01/2021 14:05 Signat per Carmona Garrido, Lorena;

## Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell

Avenida Pau Claris, 20 - Martorell - C.P.: 08760

TEL.: 937735916
FAX: 937735919
EMAIL:mixt7.martorell@xij.gencat.cat

N.I.G.: 0811442120218022631

**Auxilio Judicial Internacional 6/2021 -AU2**

-

Materia: Internacional: Comisiones rogatorias

Entidad bancaria BANCO SANTANDER:
Para ingresos en caja. Concepto: 4387000011000621
Pagos por transferencia bancaria: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiario: Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell
Concepto: 4387000011000621

Parte demandante/ejecutante:
Procurador/a:
Abogado/a:

Parte demandada/ejecutada: John David Mcafee
Procurador/a:
Abogado/a:

## DILIGENCIA DE ORDENACIÓN

**Letrada de la Administración de Justicia que la dicta**: Lorena Carmona Garrido
**Lugar**: Martorell
**Fecha:** 29 de enero de 2021

Hago constar que el anterior exhorto de fecha 16/12/2020 remitido por el TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS y dimanante del --, ha tenido entrada en esta Oficina judicial en fecha 29/01/2021 y será tramitado con el núm. 6/2021.

No correspondiendo a esta Oficina judicial prestar el auxilio solicitado por constar como domicilio el Centro Penitenciario Brians 1 localizado en la localidad de Sant Esteve Sesrovires, de acuerdo con lo dispuesto en el artículo 172.4 de la Ley de Enjuiciamiento Civil (LEC), acuerdo su remisión a la Oficina judicial de Juzgado de Paz de Sant Esteve Sesrovires.

Esta remisión se comunicará al órgano judicial exhortante

**Modo de impugnación**: recurso de **REPOSICIÓN** ante la Letrada de la Administración de Justicia, mediante un escrito que se debe presentar en el plazo de **CINCO** días, contados desde el siguiente al de la notificación, en el que se debe expresar la infracción en que haya incurrido la resolución. Sin estos requisitos no se admitirá la impugnación. La interposición del recurso no tendrá efectos suspensivos respecto de la resolución recurrida (artículos 451 y 452 LEC).





Lo acuerdo y firmo.

La Letrada de la Administración de Justicia

Los interesados quedan informados de que sus datos personales han sido incorporados al fichero de asuntos de esta Oficina Judicial, donde se conservarán con carácter de confidencial y únicamente para el cumplimiento de la labor que tiene encomendada, bajo la salvaguarda y responsabilidad de la misma, dónde serán tratados con la máxima diligencia.

Quedan informados de que los datos contenidos en estos documentos son reservados o confidenciales, que el uso que pueda hacerse de los mismos debe quedar exclusivamente circunscrito al ámbito del proceso, que queda prohibida su transmisión o comunicación por cualquier medio o procedimiento y que deben ser tratados exclusivamente para los fines propios de la Administración de justicia, sin perjuicio de las responsabilidades civiles y penales que puedan derivarse de un uso ilegítimo de los mismos (Reglamento EU 2016/679 del Parlamento Europeo y del Consejo y Ley Orgánica 3/2018, de 6 de diciembre, de protección de datos personales y garantía de los derechos digitales).

Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: E04I3JLBKA5BK7JFTFEMUC5WJSO7CZQ
Data i hora 29/01/2021 14:05 Signat per Carmona Garrido, Lorena;



Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: E04I3JLBKA5BK/JFTFEMUC5WJSO7CZQ
Data i hora 29/01/2021 14:05 Signat per Carmona Garrido, Lorena;

***INFORMACIÓN PARA LOS USUARIOS DE LA ADMINISTRACIÓN DE JUSTICIA:***

*En aplicación de la Orden JUS/394/2020, dictada con motivo de la situación sobrevenida con motivo del* ***COVID-19:***

*- La atención al público en cualquier sede judicial o de la fiscalía se realizará por vía telefónica o a través del correo electrónico habilitado a tal efecto, arriba detallados, en todo caso cumpliendo lo dispuesto en la Ley Orgánica 3/2018, de 5 de diciembre, de Protección de Datos Personales y garantía de los derechos digitales.*

*- Para aquellos casos en los que resulte imprescindible acudir a la sede judicial o de la fiscalía, será necesario obtener previamente la correspondiente cita.*

*- Los usuarios que accedan al edificio judicial con cita previa, deberán disponer y usar mascarillas propias y utilizar el gel desinfectante en las manos.*





Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: AWXCNHIEHCYUAD4406BAJ31ZR3BSH8I
Data i hora 29/01/2021 14:05 Signat per Carmona Garrido, Lorena;

## Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell

Avenida Pau Claris, 20 - Martorell - C.P.: 08760

TEL.: 937735916
FAX: 937735919
EMAIL:mixt7.martorell@xij.gencat.cat

N.I.G.: 0811442120218022631

**Auxilio Judicial Internacional 6/2021 -AU2**

-

Materia: Internacional: Comisiones rogatorias

Entidad bancaria BANCO SANTANDER:
Para ingresos en caja. Concepto: 4387000011000621
Pagos por transferencia bancaria: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiario: Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell
Concepto: 4387000011000621

Parte demandante/ejecutante:
Procurador/a:
Abogado/a:

Parte demandada/ejecutada: John David Mcafee
Procurador/a:
Abogado/a:

## OFICIO

**Asunto: Remisión exhorto**

En cumplimiento de lo dispuesto en el art. 172.4 de la Ley de Enjuiciamiento Civil (LEC), le remito el exhorto de TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS, por corresponder prestar el auxilio solicitado a ese Juzgado.

En Martorell, a 29 de enero de 2021.

La Letrada de la Administración de Justicia

JUTJAT DE PAU DE SANT ESTEVE SESROVIRES





Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: AWXCNHIEHCYUAD4406BAJ31ZR3ESH8I
Data i hora 29/01/2021 14:05
Signat per Carmona Garrido, Lorena;

Los interesados quedan informados de que sus datos personales han sido incorporados al fichero de asuntos de esta Oficina Judicial, donde se conservarán con carácter de confidencial y únicamente para el cumplimiento de la labor que tiene encomendada, bajo la salvaguarda y responsabilidad de la misma, dónde serán tratados con la máxima diligencia.

Quedan informados de que los datos contenidos en estos documentos son reservados o confidenciales, que el uso que pueda hacerse de los mismos debe quedar exclusivamente circunscrito al ámbito del proceso, que queda prohibida su transmisión o comunicación por cualquier medio o procedimiento y que deben ser tratados exclusivamente para los fines propios de la Administración de justicia, sin perjuicio de las responsabilidades civiles y penales que puedan derivarse de un uso ilegítimo de los mismos (Reglamento EU 2016/679 del Parlamento Europeo y del Consejo y Ley Orgánica 3/2018, de 6 de diciembre, de protección de datos personales y garantía de los derechos digitales).

***INFORMACIÓN PARA LOS USUARIOS DE LA ADMINISTRACIÓN DE JUSTICIA:***

*En aplicación de la Orden JUS/394/2020, dictada con motivo de la situación sobrevenida con motivo del* ***COVID-19:***

> *- La atención al público en cualquier sede judicial o de la fiscalía se realizará por vía telefónica o a través del correo electrónico habilitado a tal efecto, arriba detallados, en todo caso cumpliendo lo dispuesto en la Ley Orgánica 3/2018, de 5 de diciembre, de Protección de Datos Personales y garantía de los derechos digitales.*
>
> *- Para aquellos casos en los que resulte imprescindible acudir a la sede judicial o de la fiscalía, será necesario obtener previamente la correspondiente cita.*
>
> *- Los usuarios que accedan al edificio judicial con cita previa, deberán disponer y usar mascarillas propias y utilizar el gel desinfectante en las manos.*





***EXHORTO Nº 1320/21***

DILIGENCIA DE ORDENACION

Sant Esteve Sesrovires, a 05/02/2021

Havent-se rebut l'anterior despatx, procedeixi's a registrar-ho al llibre corresponent, empleni's i procedeixi's a la seva devolució per el mateix conducte del seu rebut, deixant nota suficient al registre corresponent. En dono fe.

Habiéndose recibido el anterior despacho, procédase a registrarlo en el libro correspondiente, cumpliméntese y procédase a su devolución por el mismo conducto de su recibo, dejando nota suficiente en el registro correspondiente. Doy fe.

DILIGENCIA DE TORNADA.- Per fer constar que les presents actuacions es retornen a la seva procedència per correu ordinari. En dono fe.

DILIGENCIA DE RETORNO.- Para hacer constar que las presentes actuaciones se devuelven a su procedencia por correo ordinario. Doy fe.



**JUTJAT DE PAU**
**SANT ESTEVE SESROVIRES**

**EXHORTO 1320/2021 (Auxilio Judicial Internacional 6/2021 Juzgado Primera Instancia e Instrucción núm. 7 de Martorell.)**

**DILIGENCIA DE NOTIFICACIÓN.-** En Sant Esteve Sesrovires, a 10/2/2021

El funcionario/a designado/a, teniendo a mi presencia a JOHN DAVID MCAFEE.

le notifico en legal forma mediante entrega de DEMANDA Y DOCUMENTACIÓN, el procedimiento CASO 1:20-cv-08281 (Caso ECF. Solicitud de Juicio con Jurado) del TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO SUR DE NUEVA YORK. Todo ello en calidad de demandado.

Queda enterado y notificado y en prueba de recibo, firma, conmigo, CERTIFICO.



**JUTJAT DE PAU**
**SANT ESTEVE SESROVIRES**

**EXHORTO 1320/2021 (Auxilio Judicial Internacional 6/2021 Juzgado Primera Instancia e Instrucción núm. 7 de Martorell.)**

**DILIGENCIA DE NOTIFICACIÓN Y ENTREGA.**- En Sant Esteve Sesrovires, a 10 | 2 | 2021

El funcionario/a designado/a, teniendo a mi presencia a JOHN DAVID MCAFEE.

le notifico en legal forma mediante entrega de DEMANDA Y DOCUMENTACIÓN, el procedimiento CASO 1:20-cv-08281 (Caso ECF. Solicitud de Juicio con Jurado) del TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO SUR DE NUEVA YORK. Todo ello en calidad de demandado.

Queda enterado y notificado y en prueba de recibo, firma, conmigo, CERTIFICO.





**Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell**
Avenida Pau Claris, 20 - Martorell - C.P.: 08760

TEL.: 937735916
FAX: 937735919
EMAIL:mixt7.martorell@xij.gencat.cat

N.I.G.: 0811442120218022631
**Auxilio Judicial Internacional 6/2021 -AU2**
-

Materia: Internacional: Comisiones rogatorias

Entidad bancaria BANCO SANTANDER:
Para ingresos en caja. Concepto: 4387000011000621
Pagos por transferencia bancaria: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiario: Sección Civil. Juzgado de Primera Instancia e Instrucción nº 7 de Martorell
Concepto: 4387000011000621

Parte demandante/ejecutante:
Procurador/a:
Abogado/a:

Parte demandada/ejecutada: John David Mcafee
Procurador/a:
Abogado/a:

Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: J1BQAQES1U8KVJY8UD177PQILEFVYFX
Data i hora 16/02/2021 15:10 Signat per Carmona Garrido, Lorena;

## DILIGENCIA DE ORDENACIÓN

**Letrada de la Administración de Justicia que la dicta**: Lorena Carmona Garrido
**Lugar**: Martorell
**Fecha:** 16 de febrero de 2021

Conforme al artículo 175 de la Ley de Enjuiciamiento Civil (LEC), realizadas las actuaciones interesadas en el presente exhorto, comuníquese su resultado al órgano judicial exhortante, MINISTERIO DE JUSTICIA(TRIBUNAL DEL DISTRITO DE ESTADOS UNIDOS).

Devuélvanse las actuaciones de auxilio judicial al órgano judicial exhortante.

**Modo de impugnación**: recurso de **REPOSICIÓN** ante la Letrada de la Administración de Justicia, mediante un escrito que se debe presentar en el plazo de **CINCO** días, contados desde el siguiente al de la notificación, en el que se debe expresar la infracción en que haya incurrido la resolución. Sin estos requisitos no se admitirá la impugnación. La interposición del recurso no tendrá efectos suspensivos respecto de la resolución recurrida (artículos 451 y 452 LEC).

Lo acuerdo y firmo.



La Letrada de la Administración de Justicia

Doc. electrònic garantit amb signatura-e. Adreça web per verificar: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Codi Segur de Verificació: J1BQAQES1U8KVJY8UD177PQILEFVYFX
Data i hora 16/02/2021 15:10 Signat per Carmona Garrido, Lorena;

Los interesados quedan informados de que sus datos personales han sido incorporados al fichero de asuntos de esta Oficina Judicial, donde se conservarán con carácter de confidencial y únicamente para el cumplimiento de la labor que tiene encomendada, bajo la salvaguarda y responsabilidad de la misma, dónde serán tratados con la máxima diligencia.

Quedan informados de que los datos contenidos en estos documentos son reservados o confidenciales, que el uso que pueda hacerse de los mismos debe quedar exclusivamente circunscrito al ámbito del proceso, que queda prohibida su transmisión o comunicación por cualquier medio o procedimiento y que deben ser tratados exclusivamente para los fines propios de la Administración de justicia, sin perjuicio de las responsabilidades civiles y penales que puedan derivarse de un uso ilegítimo de los mismos (Reglamento EU 2016/679 del Parlamento Europeo y del Consejo y Ley Orgánica 3/2018, de 6 de diciembre, de protección de datos personales y garantía de los derechos digitales).

***INFORMACIÓN PARA LOS USUARIOS DE LA ADMINISTRACIÓN DE JUSTICIA:***

*En aplicación de la Orden JUS/394/2020, dictada con motivo de la situación sobrevenida con motivo del **COVID-19:***

*- La atención al público en cualquier sede judicial o de la fiscalía se realizará por vía telefónica o a través del correo electrónico habilitado a tal efecto, arriba detallados, en todo caso cumpliendo lo dispuesto en la Ley Orgánica 3/2018, de 5 de diciembre, de Protección de Datos Personales y garantía de los derechos digitales.*

*- Para aquellos casos en los que resulte imprescindible acudir a la sede judicial o de la fiscalía, será necesario obtener previamente la correspondiente cita.*

*- Los usuarios que accedan al edificio judicial con cita previa, deberán disponer y usar mascarillas propias y utilizar el gel desinfectante en las manos.*



[Coat of arms: MINISTRY OF JUSTICE]

[Stamp: MINISTRY OF JUSTICE; GENERAL REGISTRY S.B.45; MAR 29 2021; EXIT]

SECRETARIAT OF STATE OF JUSTICE
DIRECTORATE GENERAL FOR INTERNATIONAL LEGAL COOPERATION AND HUMAN RIGHTS
SUBDIRECTION GENERAL FOR INTERNATIONAL LEGAL COOPERATION

OFFICIAL NOTICE

United States Securities And Exchange Commission Office International Affairs
100 street n.e. Washington Dc 20549-104, 999

United States of America

S/REF.

N/REF. 0000002354/2020-NPC

DATE 03/25/2021

SUBJECT: DILIGENCES

On 10/20/2020 you sent us a request for international judicial assistance from the authorities of the United States of America, relating to Mr. John David Mcafee, requesting that certain procedures be carried out in Spain on the basis of the Convention on the notification or transfer abroad of judicial and extrajudicial documents in civil or commercial matters, done in The Hague on November 15, 1965.

I have the honor to send you the documentation corresponding to your request accompanied by the proceedings carried out by the Justice of the Peace of Sant Esteve Sesrovires.

Please confirm whether, in view of the material received, you consider your request completed. If no response is received within 90 days, the file will be closed as it is understood to have been executed in its entirety.

Madrid on 03/25/2021

THE CENTRAL AUTHORITY

SAN BERNARDO N° 62
28071 MADRID
TEL.:913902269-2381-2280
FAX.:91 390 24 75
e-mail: rogatoriascivil@mjusticia.es

| [Coat of arms: Ministry of Justice. Digital Signature] | [QR code] | Security Verification Code | PF: pgc7-YLsH-VnF6-8HfJ | Page | 1/1 |
|---|---|---|---|---|---|
| | | SIGNED BY | Laura Fernandez Dominguez (CHIEF OF DEPARTMENT ) | Date | 03/25/2021 |
| | | | https://sede.mjusticia.gob.es/sedecsvbroker/FormularioVerificacion.action?CSV=PF:pqc7-YLsH-VnF6-8HfJ | | |

*EXH 6/21-AU2*

Civil Section of the Common Distribution Service of Martorell
Distribution Folder

Procedure: **Warrant** Number: **30** Year: **2021**
NIG: **08114421202180226 31**

Addressee court: **Civil Section. Court of First Instance and Instruction no. 7 of Martorell**
Recipient procedure:

Data of origin

| **Court of origin** | **Procedure** |
|---|---|
| DISTRICT COURT OF THE U.S. | 0/0 |

**Diligence**: NOTIFY **Carrier**: Post Office

Data of procedure

**Registration date**: 01/28/2021 **Registration class**: International: Rogatory commissions
**Class of distribution**: International: letters rogatory
**Amount**: **Interest**: **Costs**:
**Interest and costs**:

Data of interveners/collaborators

Speakers: **Mcafee, John David**

**Type of involvement:** Plaintiff
**Phone:** **Mobile:** **Fax:**

[Stamp: Court of First Instance and Instruction No. 7 of Martorell; JAN 29 2021; Check-in:
Hour: ]

[Coat of arms]

# Civil Section, Court of First Instance and Instruction No.7 of Martorell

Avenida Pau Claris, 20-Martorell -C.P.:08760

TEL.:937735916
FAX: 937735919
EMAIL: mixt7.martorell@xij.gencat.cat

N.I.G.:0811442120218022631
International Judicial Assistance 612021-AU2

Subject: International: Rogatory Commissions

BANCO SANTANDER bank:
For cash receipts. Account: 4387000011000621
Payments by bank transfer: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiary: Civil Section. Court of First Instance and Instruction No.7 of Martorell
Account: 4387000011000621

Plaintiff/Disputing Party: Defendant/Disputed Party: John David Mcafee
Legal Representative: Legal Representative:
Lawyer: Lawyer:

FORMAL RECORD

**Sentencing Judge of the Department of Justice: Lorena Carmona Garrido**
**Place: Martorell**
**Date: January 29, 2021**

I hereby confirm that I have received a letter rogatory dated 12/16/2020 sent by the UNITED STATES DISTRICT COURT as a result of the procedure, and that it was filed in this court on 01/29/2021.

To all of which, I attest.

The Sentencing Judge of the Department of Justice

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Security Verification Code: 6SLCA7Z8X3Q6N2GKW9RP1MT0PSOXQRY
Data / time 01/29/2021 14:05 Signed by Carmona Garrido, Lorena

Interested parties are hereby informed that their personal data has been incorporated into the affairs file of this Judicial Office, where it will be kept confidential and only for the fulfillment of the work entrusted to it, under the safeguard and responsibility of the same, where it will be treated with the utmost diligence.

The parties are hereby informed that the data contained in these documents are reserved or confidential, that their use must be exclusively limited to the scope of the process, that their transmission or communication by any means or procedure is prohibited and that they must be treated exclusively for the purposes of the Department of justice, without prejudice to civil and criminal responsibilities that may arise from an illegitimate use thereof (Regulation EU 2016/679 of the European Parliament and of the Council and Organic Law 3/2018, of December 6, protection of personal data and guarantee of digital rights).

[Coat of arms]

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Security Verification Code: 6SLCA7Z8X3Q6N2GKW9RP1MT0PSOXQRY
Data / time 01/29/2021 14:05 Signed by Carmona Garrido, Lorena

[Coat of arms]

*INFORMATION FOR USERS OF THE DEPARTMENT OF JUSTICE:*

In application of Order JUS/394/2020, issued on the occasion of the situation that occurred due to **COVID-19**:

> *- The attention to the public in any judicial or prosecutorial headquarters will be carried out by telephone or through the email certified for this purpose and detailed above, in any case complying with the provisions of Organic Law 3/2018, of December 5, Protection of Personal Data and guarantee of digital rights.*
>
> *- For those cases in which it is essential to go to the court or prosecutor's office, it will be necessary to previously obtain the corresponding appointment.*
>
> *- Users who access the judicial building by appointment, must have and use their own masks and apply disinfectant gel to their hands.*

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Security Verification Code: 6SLCA7Z8X3Q6N2GKW9RP1MT0PSOXQRY
Data / time 01/29/2021 14.05 Signed by Carmona Garrido, Lorena

[Coat of arms]

# Civil Section, Court of First Instance and Instruction No.7 of Martorell

Avenida Pau Claris, 20-Martorell -C.P.:08760

TEL.:937735916
FAX: 937735919
EMAIL: mixt7.martorell@xij.gencat.cat

N.I.G.:0811442120218022631
International Judicial Assistance 612021-AU2

Subject: International: Rogatory Commissions

BANCO SANTANDER bank:
For cash receipts. Account: 4387000011000621
Payments by bank transfer: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiary: Civil Section. Court of First Instance and Instruction No.7 of Martorell
Account: 4387000011000621

Plaintiff/Disputing Party: Defendant/Disputed Party: John David Mcafee
Legal Representative: Legal Representative:
Lawyer: Lawyer:

## COURT ORDER

**Sentencing Judge of the Department of Justice**: Lorena Carmona Garrido
**Place**: Martorell
**Date**: January 29, 2021

I hereby confirm that the previous letter rogatory dated 12/16/2020 sent by the UNITED STATES DISTRICT COURT and arising from -, has been filed in this judicial Office on 01/29/2021 and will be processed under No. 6/2021.

Considering that this Judicial Department does not have the authority to provide the requested assistance because the address Centro Penitenciario Brians 1 is located in the town of Sant Esteve Sesrovires, in accordance with the provisions of article 172.4 of the Law of Civil Procedure (LEC), I hereby order its referral to the Judicial Department of the Justice of the Peace Court of Sant Esteve Sesrovires.

This referral will be communicated to the judicial body that has issued the letter rogatory.

**How to challenge a decision**: motion for **REVERSAL** before the Judge of the Department of Justice, by means of a written document to be filed within **FIVE** days, counted from the day following the date of notification, in which the infringement that led to the decision must be expressed. Without these requirements the challenge shall not be admitted. The filing of the motion shall not have any suspensive effect with respect to the decision being appealed (Articles 451 and 452 LEC).

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html | Security Verification Code: E043JLBKABK7JFTFEMUC5WJSO7C7Q
Data / time 01/29/2021 14.05 | Signed by Carmona Garrido, Lorena

[Coat of arms]

Hereby agreed and signed.

The Sentencing Judge of the Department of Justice

Interested parties are hereby informed that their personal data has been incorporated into the affairs file of this Judicial Office, where it will be kept confidential and only for the fulfillment of the work entrusted to it, under the safeguard and responsibility of the same, where it will be treated with the utmost diligence.

The parties are hereby informed that the data contained in these documents are reserved or confidential, that their use must be exclusively limited to the scope of the process, that their transmission or communication by any means or procedure is prohibited and that they must be treated exclusively for the purposes of the Department of justice, without prejudice to civil and criminal responsibilities that may arise from an illegitimate use thereof (Regulation EU 2016/679 of the European Parliament and of the Council and Organic Law 3/2018, of December 6, protection of personal data and guarantee of digital rights).

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html | Security Verification Code: E043JLBKABK7JFTFEMUC5WJSO7C7Q
Data / time 01/29/2021 14.05 | Signed by Carmona Garrido, Lorena

[Coat of arms]

***INFORMATION FOR USERS OF THE DEPARTMENT OF JUSTICE:***

In application of Order JUS/394/2020, issued on the occasion of the situation that occurred due to **COVID-19**:

> *- The attention to the public in any judicial or prosecutorial headquarters will be carried out by telephone or through the email certified for this purpose and detailed above, in any case complying with the provisions of Organic Law 3/2018, of December 5, Protection of Personal Data and guarantee of digital rights.*
>
> *- For those cases in which it is essential to go to the court or prosecutor's office, it will be necessary to previously obtain the corresponding appointment.*
>
> *- Users who access the judicial building by appointment, must have and use their own masks and apply disinfectant gel to their hands.*

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html Security Verification Code: E043JLBKABK7JFTFEMUC5WJSO7C7Q
Data / time 01/29/2021 14:05 Signed by Carmona Garrido, Lorena

[Handwritten: IS]

[Coat of arms]

# Civil Section, Court of First Instance and Instruction No. 7 of Martorell

Avenida Pau Claris, 20-Martorell -C.P.:08760

TEL.:937735916
FAX: 937735919
EMAIL: mixt7.martorell@xij.gencat.cat

N.I.G.:0811442120218022631
International Judicial Assistance 612021-AU2

Subject: International: Rogatory Commissions

BANCO SANTANDER bank:
For cash receipts. Account: 4387000011000621
Payments by bank transfer: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiary: Civil Section. Court of First Instance and Instruction No.7 of Martorell
Accunt: 4387000011000621

Plaintiff/Disputing Party: Defendant/Disputed Party: John David Mcafee
Legal Representative: Legal Representative:
Lawyer: Lawyer:

OFFICIAL NOTICE

**Subject: Referral to the issuer of the letter rogatory**

In compliance with the provisions of art. 172 of the Civil Procedure Law (LEC), I hereby refer to this judicial body the letter rogatory of the UNITED STATES DISTRICT COURT, as it has the legal competence to provide the assistance requested to said Court.

In Martorell, January 29, 2021.

The Sentencing Judge of the Department of Justice

JUSTICE OF THE PEACE OF SANT ESTEVE SESROVIRES

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html | Security Verification Code: AWXCNHIEHCYUAD4406BAJ3ZR3BSH8I
Data / time 01/29/2021 14.05 | Signed by Carmona Garrido, Lorena

[Coat of arms]

Interested parties are hereby informed that their personal data has been incorporated into the affairs file of this Judicial Office, where it will be kept confidential and only for the fulfillment of the work entrusted to it, under the safeguard and responsibility of the same, where it will be treated with the utmost diligence.

The parties are hereby informed that the data contained in these documents are reserved or confidential, that their use must be exclusively limited to the scope of the process, that their transmission or communication by any means or procedure is prohibited and that they must be treated exclusively for the purposes of the Department of justice, without prejudice to civil and criminal responsibilities that may arise from an illegitimate use thereof (Regulation EU 2016/679 of the European Parliament and of the Council and Organic Law 3/2018, of December 6, protection of personal data and guarantee of digital rights).

***INFORMATION FOR USERS OF THE DEPARTMENT OF JUSTICE:***

In application of Order JUS/394/2020, issued on the occasion of the situation that occurred due to **COVID-19**:

*- The attention to the public in any judicial or prosecutorial headquarters will be carried out by telephone or through the email certified for this purpose and detailed above, in any case complying with the provisions of Organic Law 3/2018, of December 5, Protection of Personal Data and guarantee of digital rights.*

*- For those cases in which it is essential to go to the court or prosecutor's office, it will be necessary to previously obtain the corresponding appointment.*

*- Users who access the judicial building by appointment, must have and use their own masks and apply disinfectant gel to their hands.*

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html | Security Verification Code: AWXCNHIEHCYUAD4406BAJ3ZR3BSH8I
Data / time 01/29/2021 14.05 | Signed by Carmona Garrido, Lorena

[Coat of arms]
[Coat of arms]

***LETTER ROGATORY No. 1320/21***

COURT ORDER

Sant Esteve Sersrovires, on 02/05/2021

[Bilingual text]

Following the receipt of the above dispatch, let it be recorded in the corresponding registry, be completed and returned by the same means it was received, accompanied by the corresponding registry note. I hereby attest.

[Illegible Signature - Stamp: JUSTICE OF THE PEACE OF SANT ESTEVE SESROVIRES]

[Bilingual text]

RETURN RECORD.- To certify that these proceedings were returned to its sender via ordinary mail. I hereby attest.

[Illegible Signature - Stamp: JUSTICE OF THE PEACE OF SANT ESTEVE SESROVIRES]]

[Coat of arms]

**JUSTICE OF THE PEACE**
**SANT ESTEVE SESROVIRES**

**LETTER ROGATORY 1320/2021 (International Judicial Assistance 6/2021 Court of First Instance and Instruction No. 7 of Martorell.)**

**NOTIFICATION RECORD**.- In Sant Esteve Sesrovires, on *02/10/2021*

The designated official, and before me, JOHN DAVID MCAFEE.

I hereby duly notify him, upon delivery of the CLAIM AND DOCUMENTATION, of the proceedings in CASE 1:20-cv-08281 (ECF Case. Request for Jury Trial) of the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. The foregoing in his capacity as a Defendant.

The defendant is hereby informed and notified and, in proof of receipt, hereby signs the document before me. I HEREBY CERTIFY.

[Illegible signature] [Illegible signature]

**JUSTICE OF THE PEACE**
**SANT ESTEVE SESROVIRES**

**LETTER ROGATORY 1320/2021 (International Judicial Assistance 6/2021 Court of First Instance and Instruction No. 7 of Martorell.)**

**NOTIFICATION AND DELIVERY RECORD**.- In Sant Esteve Sesrovires, on *02/10/2021*

The designated official, and before me, JOHN DAVID MCAFEE.

I hereby duly notify him, upon delivery of the CLAIM AND DOCUMENTATION, of the proceedings in CASE 1:20-cv-08281 (ECF Case. Request for Jury Trial) of the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK. The foregoing in his capacity as a Defendant.

The defendant is hereby informed and notified and, in proof of receipt, hereby signs the document before me. I HEREBY CERTIFY.

[Illegible signature] [Illegible signature]

[Coat of arms]

# Civil Section, Court of First Instance and Instruction No.7 of Martorell

Avenida Pau Claris, 20-Martorell -C.P.:08760

TEL.:937735916
FAX: 937735919
EMAIL: mixt7.martorell@xij.gencat.cat

N.I.G.:0811442120218022631
International Judicial Assistance 612021-AU2

Subject: International: Rogatory Commissions

BANCO SANTANDER bank:
For cash receipts. Account: 4387000011000621
Payments by bank transfer: IBAN ES55 0049 3569 9200 0500 1274.
Beneficiary: Civil Section. Court of First Instance and Instruction No.7 of Martorell
Account: 4387000011000621

| | |
|---|---|
| Plaintiff/Disputing Party: | Defendant/Disputed Party: John David Mcafee |
| Legal Representative: | Legal Representative: |
| Lawyer: | Lawyer: |

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html
Security Verification Code: 6SLCA7Z8X3Q6N2GKW9RP1MT0PSOXQRY
Data / time 01/29/2021 14.05
Signed by Carmona Garrido, Lorena

## COURT ORDER

**Sentencing Judge of the Department of Justice**: Lorena Carmona Garrido
**Place**: Martorell
**Date**: February 16, 2021

Pursuant to Article 175 of the Civil Procedure Law (LEC), once the interested proceedings in this letter rogatory have been carried out, the outcome shall be communicated to the judicial body that issued the letter rogatory, MINISTRY OF JUSTICE (U.S. DISTRICT COURT).

The judicial assistance proceedings shall be returned to the judicial body that issued the letter rogatory
**How to challenge a decision**: motion for **REVERSAL** before the Judge of the Department of Justice, by means of a written document to be filed within **FIVE** days, counted from the day following the date of notification, in which the infringement that led to the decision must be expressed. Without these requirements the challenge shall not be admitted. The filing of the motion shall not have any suspensive effect with respect to the decision being appealed (Articles 451 and 452 LEC).

Hereby agreed and signed.

[Coat of arms]

The Sentencing Judge of the Department of Justice

Interested parties are hereby informed that their personal data has been incorporated into the affairs file of this Judicial Office, where it will be kept confidential and only for the fulfillment of the work entrusted to it, under the safeguard and responsibility of the same, where it will be treated with the utmost diligence.

The parties are hereby informed that the data contained in these documents are reserved or confidential, that their use must be exclusively limited to the scope of the process, that their transmission or communication by any means or procedure is prohibited and that they must be treated exclusively for the purposes of the Department of justice, without prejudice to civil and criminal responsibilities that may arise from an illegitimate use thereof (Regulation EU 2016/679 of the European Parliament and of the Council and Organic Law 3/2018, of December 6, protection of personal data and guarantee of digital rights).

Electronic document Guaranteed with e-signature. Web address to verify: https://ejcat.justicia.gencat.cat/IAP/consultaCSV.html | Security Verification Code: 6SLCA7Z8X3Q6N2GKW9RP1MT0PSOXQRY
Data / time 01/29/2021 14.05 | Signed by Carmona Garrido, Lorena

***INFORMATION FOR USERS OF THE DEPARTMENT OF JUSTICE:***

In application of Order JUS/394/2020, issued on the occasion of the situation that occurred due to **COVID-19**:

*- The attention to the public in any judicial or prosecutorial headquarters will be carried out by telephone or through the email certified for this purpose and detailed above, in any case complying with the provisions of Organic Law 3/2018, of December 5, Protection of Personal Data and guarantee of digital rights.*

*- For those cases in which it is essential to go to the court or prosecutor's office, it will be necessary to previously obtain the corresponding appointment.*

*- Users who access the judicial building by appointment, must have and use their own masks and apply disinfectant gel to their hands.*