

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

NEW YORK
REGIONAL OFFICE

June 14, 2021

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   <u>SEC v. John D. McAfee & Jimmy Gale Watson, Jr., No. 20 Civ. 8281 (JGK)</u>

Dear Judge Koeltl:

Plaintiff Securities and Exchange Commission (the "SEC") respectfully writes to provide a status update on this matter.

On October 5, 2020, the SEC filed its Complaint against Defendants John David McAfee ("McAfee") and Jimmy Gale Watson, Jr. ("Watson") (D.E. 1).  On March 4, 2021, the United States Attorney's Office for the Southern District of New York ("USAO") unveiled an indictment against McAfee and Watson in a parallel criminal proceeding arising out of substantially identical conduct as this case.  *United States v. McAfee*, 21 Cr. 138 (LGS) (S.D.N.Y. Feb. 10, 2021).  The USAO has informed the SEC that it imminently intends to move for a stay of this case, pending the resolution of the parallel criminal action.

On March 5, 2021, the SEC served the Summons and Complaint on Watson and, on March 10, 2021, filed a certificate of service as to Watson (D.E. 18).  Watson's answer is currently due on July 22, 2021, pursuant to this Court's April 22, 2021 Order (D.E. 21).

Earlier today, the SEC filed a declaration proving service as to Defendant McAfee (D.E. 22) ("Declaration"), who is currently being detained in a Spanish prison.  As the Declaration shows, the SEC served McAfee on February 10, 2021, pursuant to the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters under Fed. R. Civ. P. 4(f)(1).  *See* D.E. 22-5 at 13.  Under Fed. R. Civ. P. 12(a)(1)(A)(i), McAfee's answer or responsive pleading was due on March 3, 2021.

Respectfully submitted,

Jorge G. Tenreiro

cc: All Defendants (Watson via counsel; McAfee via certified international mail)