UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION, 20-cv-8281 (JGK)

               Plaintiff,     ORDER

- against -

JOHN DAVID MCAFEE AND JIMMY GALE WATSON, JR.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed during the teleconference held on July 16, 2021, the Defendant Watson's time to respond to the SEC's Complaint is extended to October 15, 2021.

SO ORDERED.

Dated:    New York, New York
         July 16, 2021

                                   John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/16/2021