UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                          Plaintiff,

                                                            20 civ 8281 (JGK)

            -against-

JOHN DAVID McAFEE, et al.,
                          Defendants.
------------------------------------------------------------X

## ORDER

The Court, having granted an extension of time to respond to the complaint to July 15,

2022, hereby cancels the conference scheduled for Wednesday, April 27, 2022, at 3:00pm.

**SO ORDERED.**

                                        **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          April 21, 2022