Jorge G. Tenreiro
David H. Tutor
Jon A. Daniels
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, New York 10004
(212) 336-0024 (Tutor)
Email: TutorD@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  -against-<br><br>JOHN DAVID MCAFEE and JAMES G. WATSON, JR.,<br><br>    Defendants. | 20 Civ. 8281 (JGK)<br><br>[~~PROPOSED~~] ORDER DISMISSING CLAIMS AS TO DEFENDANT JOHN DAVID MCAFEE |

The Court has received and reviewed the Notice of the Death of John David McAfee and the Securities and Exchange Commission's ("SEC's") Request to Dismiss the Claims against him on this basis.

NOW THEREFORE, for good cause shown, the Court hereby ORDERS that:

The SEC's claims for relief, for alleged violations by McAfee of Sections 17(a) and 17(b) of the Securities Act of 1933 [15 U.S.C. § 77q(a)-(b)], and Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)], and Rule 10b-5(a)-(c) thereunder [17 C.F.R. § 240.10b-5(a)-(c)] are DISMISSED as to defendant McAfee.

This Order pertains solely to the claims against defendant McAfee, and has no effect on the SEC's claims against defendant Watson, which remain at issue.

IT IS SO ORDERED

DATED: July 14, 2022

_____
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE